# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SABRINA THOMAS | § | |
| | § | Civil Action No. 4:16-CV-987 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| USA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 26, 2017, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommendations that Defendant USA's Motion to Dismiss (Dkt. #9) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant USA's Motion to Dismiss (Dkt. #9) is **GRANTED**, and Plaintiff's claims are **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 31st day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE